IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. _____

AFFORDABLE AERIAL PHOTOGRAPHY,
INC.,

    Plaintiff,

v.

CVENT, INC. d/b/a THE WEDDING SPOT,

    Defendant.

## COMPLAINT

Plaintiff Affordable Aerial Photography, Inc. ("Plaintiff") sues defendant Cvent, Inc. d/b/a The Wedding Spot ("Defendant"), and alleges as follows:

## THE PARTIES

1. Plaintiff is a corporation organized and existing under the laws of the State of Florida with its principal place of business located in Indian River County, Florida.

2. Defendant is a corporation organized and existing under the laws of the State of Delaware with its principal place of business located at 1765 Greensboro Station Place, 7th Floor, Tysons Corner, VA 22102. Defendant's agent for service of process is Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Defendant because it has maintained sufficient minimum contacts with Florida such that the exercise of personal jurisdiction over it

would not offend traditional notions of fair play and substantial justice.  Defendant maintains a registered agent in this State, conducts substantial and not isolated business in this State, and regularly markets/advertises to consumers in this State.

5. Venue properly lies in this district because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this district.

## FACTS

### I. Plaintiff's Business and History

6. Plaintiff was created as a Florida corporation in June 2005.  Plaintiff's sole shareholder is Robert Stevens.

7. For the past sixteen (16) years, Mr. Stevens has been employed by Plaintiff as a high-end real estate photographer who specializes in aerial photography, stunning exterior and interior shots, as well as offering slide shows, virtual tours, and a full array of stock photography for luxury real estate industries.

8. Mr. Stevens is a pioneer of aerial real estate photography and has been engaging in creative and artistic means to capture such photographs long before today's proliferation of consumer drone technology came to market.

9. Mr. Stevens travels throughout the State of Florida, nationally, and internationally to photograph high-end real estate on behalf of Plaintiff's clients.  He has been contracted by over 280 clients to take professional photographs of various real estate projects, including but not limited to the estates of numerous celebrities (such as Madonna, Don King, Greg Norman, Rod Stewart, Ivana Trump, James Patterson, Alexander Haig, Ann Downey, Frank McKinney, Chris Evert, and others).

10. Plaintiff maintains a commercial website (www.robertstevens.com) which

describes the photography services offered by Plaintiff, hosts a sample portfolio of photographs taken by Mr. Stevens, and invites prospective customers to contact Plaintiff to arrange for a professional photo shoot.

11. Plaintiff owns the photographs taken by Mr. Stevens and serves as the licensing agent with respect to licensing such photographs for limited use by Plaintiff's customers. To that end, Plaintiff's standard terms include a limited, one-time license for use of any particular photograph by the customer only. Plaintiff's license terms make clear that all copyright ownership remains with Plaintiff and that its customers are not permitted to transfer, assign, or sub-license any of Plaintiff's photographs to another person/entity.

12. Generally, at the time Plaintiff creates its professional photography, it applies copyright management information to such photography consisting of "© AAP [year] all rights reserved" to the bottom left corner thereof. Plaintiff does this for added protection/assurance to keep unauthorized persons from utilizing/displaying Plaintiff's work.

**II.    The Work at Issue in this Lawsuit**

13. In 2010, Plaintiff created a photograph titled "West Palm Night Pano c 2010 AAP" (the "Work"). Consistent with Plaintiff's general practices, the Work contains (in the bottom left corner) Plaintiff's copyright management information as follows: "© AAP 2010 all rights reserved." The Work contains (in the bottom right corner) further copyright management information as follows: "© Robert Stevens." A copy of the Work is exhibited below.



14. The Work was registered by Plaintiff with the Register of Copyrights on April 6, 2018 and was assigned Registration No. VA 2-097-651. A true and correct copy of the Certification of Registration pertaining to the Work is attached hereto as Exhibit "A."

15. Plaintiff is the owner of the Work and has remained the owner at all times material hereto.

### III. Defendant's Unlawful Activities

16. Cvent, Inc. was founded in 1999 and represents itself as "a leading meetings, events, and hospitality technology provider with nearly 4,000 employees and more than 230,000 users worldwide."

17. Cvent, Inc. acquired The Wedding Spot in 2019. The Wedding Spot is a website that allows users to search, price, and compare wedding venues throughout the United States. The Wedding Spot charges the wedding venues to join and then makes those venues available to consumers who use its website. According to Defendant, The Wedding Spot has more than 12,000

venues (each of which presumably pays a fee to Defendant to join its site) across the United States.

18.     On a date after Plaintiff's above-referenced copyright registration of the Work, Defendant published the Work on its website in connection with the marketing/advertising of a wedding venue ("Lake Pavilion") located in West Palm Beach, FL.  See https://www.wedding-spot.com/venue/3854/Lake-Pavilion/ (photograph #8 of 8).

19.     Notably, Defendant does not simply link to photographs provided/hosted by the venue itself.  Rather, Defendant itself hosts/publishes all of the photographs of the various wedding venues accessible through the Wedding Spot website, including the Work: See https://cdn.wedding-spot.com/__sized__/images/venues/3854/Lake-Pavilion-West-Palm-Beach-FL-fbf67181-6ec0-4224-a741-ec5fbc3d54f7-97450e389c42885476f1fbe9bc5bca5a.jpg:



20.     In publishing the Work on its website, Defendant significantly cropped the Work so as to remove Plaintiff's copyright management information.  The remaining details of the

photograph, however, unequivocally show the two photographs to be the same (i.e. same white van parked in the same location in both photographs, same angle/height of photograph, etc.). A true and correct copy of screenshots of Defendant's website, displaying the copyrighted Work, is attached hereto as Exhibit "B."

21. Defendant is not and has never been licensed to use or display the Work. Defendant never contacted Plaintiff to seek permission to use the Work in connection with the aforementioned wedding venue listing or for any other purpose – even though the Work that was copied clearly displayed Plaintiff's copyright management information and put Defendant on notice that the Work was not intended for public use.

22. Defendant utilized the Work for commercial use – namely, in connection with the advertising and marketing of the Lake Pavilion wedding venue.

23. Plaintiff discovered Defendant's unauthorized use/display of the Work in April 2021. On May 19, 2021 (following Plaintiff's discovery), Plaintiff notified Defendant in writing of such unauthorized use. To date, however, Defendant has not responded to Plaintiff, thus necessitating the filing of this lawsuit to protect Plaintiff's rights with respect to the Work.

24. Notably, this is not the first time that Defendant has ignored a notice of copyright infringement.

25. On September 16, 2019, Defendant was sued in the United States District Court for the District of Minnesota by Itasca Images, LLC (Case No. 0:19-cv-01682) for alleged copyright infringement concerning a photograph displayed on its website in connection with promoting a Hilton hotel.

26. According to the Second Amended Complaint filed therein, counsel for Itasca Images, LLC sent Defendant a cease-and-desist demand in connection with that case, and

Defendant "ignored it for a month."

27. All conditions precedent to this action have been performed or have been waived.

## COUNT I – COPYRIGHT INFRINGEMENT

28. Plaintiff re-alleges and incorporates paragraphs 1 through 27 as set forth above.

29. The Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

30. Plaintiff owns a valid copyright in the Work, having registered the Work with the Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford Plaintiff standing to bring this lawsuit and assert the claim(s) herein.

31. As a result of Plaintiff's reproduction, distribution, and public display of the Work, Defendant had access to the Work prior to its own reproduction, distribution, and public display of the Work on its own website.

32. Defendant reproduced, distributed, and publicly displayed the Work without authorization from Plaintiff.

33. By its actions, Defendant infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for Defendant's own commercial purposes.

34. Defendant's infringement was willful as it acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright. Defendant employs approximately 4,000 persons around the world. Defendant has issued securities, maintains an internal general counsel, and maintains a market capitalization in the hundreds of millions of dollars. Defendant clearly understands that high-end real estate photography – especially that

containing copyright management information such as the Work – is generally paid for and cannot simply be copied from the internet and then used freely be removing the copyright management information thereon.

35. Plaintiff has been damaged as a direct and proximate result of Defendant's infringement.

36. Plaintiff is entitled to recover its actual damages resulting from Defendant's unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to recover damages based on a disgorgement of Defendant's profits from infringement of the Work, which amounts shall be proven at trial.

37. Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

38. Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover its costs and attorneys' fees as a result of Defendant's conduct.

39. Defendant's conduct has caused and any continued infringing conduct will continue to cause irreparable injury to Plaintiff unless enjoined by the Court. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

a. A declaration that Defendant has infringed Plaintiff's copyrights in the Work;

b. A declaration that such infringement is willful;

c. An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

  d. Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

  e. Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

  f. Permanently enjoining Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the Work or to participate or assist in any such activity; and

  g. For such other relief as the Court deems just and proper.

## COUNT II – REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

40. Plaintiff re-alleges and incorporates paragraphs 1 through 27 as set forth above.

41. As evidenced above, the Work contains copyright management information identifying Plaintiff as the owner/creator of the Work.

42. Defendant knowingly and with the intent to enable or facilitate copyright infringement, removed the copyright management information from the Work in violation of 17 U.S.C. § 1202(b).

43. Defendant committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate, or conceal infringement of Plaintiff's rights in the Work.

44. If Defendant did not remove the copyright management information itself, Defendant caused, directed, and authorized others to commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate, or conceal infringement of Plaintiff's rights in the Work.

45. As a direct and proximate result of Defendant's conduct in removing the foregoing copyright management information, Plaintiff has been damaged.

46. Defendant's conduct has caused and any continued infringing conduct will continue to cause irreparable injury to Plaintiff unless enjoined by the Court. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 1203(b), Plaintiff is entitled to a permanent injunction prohibiting any further violation of 17 U.S.C. § 1202 by Defendant.

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

h. A declaration that Defendant has violated Plaintiff's copyrights in the Work by removing or causing to be removed Plaintiff's copyright management information displayed thereon;

i. A declaration that such violation is willful;

j. An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

k. Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 1203(b)(5);

l. Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

m. Permanently enjoining Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant, from directly or indirectly further violating Plaintiff's copyrights by further displaying or distributing the Work with its copyright management information removed; and

n. For such other relief as the Court deems just and proper.

## Demand For Jury Trial

Plaintiff demands a trial by jury on all issued so triable.

Dated: June 11, 2021.                                COPYCAT LEGAL PLLC
                                                     3111 N. University Drive

Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
james@copycatlegal.com

By: /s/ Daniel DeSouza, Esq.
   Daniel DeSouza, Esq.
   Florida Bar No.: 19291
   James D'Loughy, Esq.
   Florida Bar No.: 0052700

4841-1795-7485, v. 1

EXHIBIT "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-097-651**
**Effective Date of Registration:**
April 06, 2018

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: January 01, 2010 to December 12, 2010

### Title

| | |
|---|---|
| **Title of Group:** | Selected 2010 Photographs H3 Including Mar a Lago, Mirasol, Breakers and Others |
| **Number of Photographs in Group:** | 122 |
| • **Individual Photographs:** | City_Place_West_Palm_Beach_3, Lifeguard stands sunrise 2010 AAP, Point Manalapan aerial 2010 AAP, Boynton Beach Inlet aerial 1 2010 AAP, Trump Plaza night b 2010 AAP, Palm Beach boats at sunset 2010 AAP, Trump Plaza night a 2010 AAP, WPB aerial pano c 2010 AAP, Fort Lauderdale Beach a 2010 AAP, New Orleans Saints Superbowl Miami 2010 AAP |
| **Published:** | January 2010 |
| • **Individual Photographs:** | Trianon West Palm sunset pano 2010 AAP, 389 Building PB 2010 AAP, One Watermark Place at sunset 2010 AAP, West Palm Night Pano a 2010 AAP, West Palm Night Pano b 2010 AAP, Night on Clamatis B 2010 AAP, West Palm Night Pano c 2010 AAP, Everglades Island Palm Beach aerial a 2010 AAP |
| **Published:** | February 2010 |
| • **Individual Photographs:** | Waterview Towers dawn 2010 AAP, Singer Island aerial pano 2010 AAP, Ibis Isle aerial a 2010 AAP, Ibis Isle aerial b 2010 AAP, Breakers West Palm aerial pano 2010 AAP, Palm Beach Towers aerial 2010 AAP, WPB aerial pano a 2010 AAP, The Tesoro Club sunset 2010 AAP, WPB Convention Center Night 2010 AAP, Kravis and Convention Center 2010 AAP, West Palm Boat Show b 2010 AAP, Waterview Towers pano 2010 AAP, West Palm Boat Show a 2010 AAP, West Palm Boat Show c 2010 AAP, Palm Beach Biltmore and Boats night 2010 AAP |
| **Published:** | March 2010 |
| • **Individual Photographs:** | Palm Beach Cielito Lindo M Bedroom 2010 AAP |
| **Published:** | April 2010 |
| • **Individual Photographs:** | Greg Norman Home aerial a 2010 AAP, Ocean Residences at Boca Beach Club aerial a 2010 AAP, Lake Boca aerial pano a 2010 AAP, Lake Boca condos a 2010 AAP, Lake House South of Boca d 2010 AAP, Aragon of Boca 2010 AAP, Aragon of Boca aerial front 2010 AAP, Presidential Place front aerial 2010 AAP, City Place of West Palm aerial a 2010 AAP, City Place of West Palm aerial b 2010 AAP, Palm Beach Eveglades Club Golf aerial 2010 AAP, 1220 S Ocean aerial c 2010 AAP, Mar a Lago 3 aerial 2010 AAP, Mar a |

|   |   |
|---|---|
|   | Lago pano aerial 2010 AAP, Mar a Lago 5 aerial 2010 AAP, Mar a Lago 4 aerial 2010 AAP, Mar a Lago 6 aerial 2010 AAP, Palm Beach Polo tennis aerial 2010 AAP, Palm Beach Polo Clubhouse aerial x 2010 AAP, Frenchmans Creek golf aerial 2010 AAP |
| **Published:** | May 2010 |
| • **Individual Photographs:** | Royal Palm Place AAP 2010, Aerial Photo Boca Mizner, WPB City Center 2010 AAP, Painted Brothers WPB 2010 AAP, Palm Beach pano xxx aerial 2010 AAP, Palm Beach golf aerial 2010 AAP, 446 N. Lake Way, Marina Grande aerial 2010 AAP, City_Place_West_Palm_Beach_2_1, Trump Plaza night c 2010 AAP, WPB aerial pano d 2010 AAP, Royal Park Bridge a 2010 AAP, Breakers Hotel night 2010 AAP, Royal Park Bridge b 2010 AAP |
| **Published:** | June 2010 |
| • **Individual Photographs:** | Boca Resort and Spa aerial 2 AAP 2010, Boca Resort and Spa aerial 1 AAP 2010, Caloosa sign 2010 AAP, Sheriff Van Accident w Handicap 2010 AAP, Mirasol fountain a 2010 AAP, Mirasol fountain b 2010 AAP, Mirasol fountain c 2010 AAP, Mirasol fountain d 2010 AAP, Eastpointe Singer Island b 2010 AAP, S Palm Beach condos 2010 AAP, Capri of Singer Island aerial a 2010 AAP, WPB aerial pano b 2010 AAP, Palm Beach condos aerial a 2010 AAP, Breakers Hotel aerial b 2010 AAP, Downtown West Palm Beach at Sunrise 2010 AAP, WPB golden sunrise 2010 AAP, Royal Park Bridge c 2010 AAP, Man asleap with dog 2 2010 AAP, Man asleap with dog 1 2010 AAP |
| **Published:** | July 2010 |
| • **Individual Photographs:** | 6431 River Pointe Way Theater AAP 2010, 6431 River Pointe Way - Aerial Photo with Lines AAP 2010, 6431 River Pointe Way - Living Room Game Room Version 1 AAP 2010, 6431 River Pointe Way - Living Room Game Room Version 2 AAP 2010, 6431 River Pointe Way - Wine Cellar AAP 2010, 6431 River Pointe Way - Kitchen AAP 2010, 6431 River Pointe Way Gym AAP 2010, 6431 River Pointe Way Tennis AAP 2010, 6431 River Pointe Way - Front Night Photo AAP 2010, 6431 River Pointe Way Back Patio Night AAP 2010, |
| **Published:** | August 2010 |
| • **Individual Photographs:** | Jonathans Landing and golfer 2010 AAP, Lilli Pulitzer Home a 2010 AAP |
| **Published:** | September 2010 |
| • **Individual Photographs:** | Oasis beach access Singer Island 2010 AAP |
| **Published:** | October 2010 |
| • **Individual Photographs:** | Mirabella Tennis 2010 AAP, Mirabella Front Gate 2010 AAP, Mirabella fountains 2010 AAP, Mirabella Clubhouse 2010 AAP, Mar a Lago round about 2010 AAP, West Palm aerial z 2010 AAP, L Ermitage PB 2010 AAP, One Watermark Pl aerial 2010 AAP, One Watermark Pl night 2010 AAP, Delray Beach shops 2010 AAP, Man with his dogs in Delray 2010 AAP, Delray Beach Pineapple Grove sign 2010 AAP, Sunset Palm Beach Intracoastal 2010 AAP, PB Town Hall 2010 AAP, Church Mouse and Clock 2010 AAP, Colony PB night 2010 AAP, Oriental Garden Four Arts 2010 AAP |
| **Published:** | November 2010 |
| • **Individual Photographs:** | Frenchmans Reserve golf aerial 2010 AAP, Old Palm Clubhouse aerial c 2010 AAP, Old Palm Clubhouse aerial z 2010 AAP, Girls at driving range 2010 AAP, Old Palm Club Pano 2010 AAP |
| **Published:** | December 2010 |

**Completion/Publication**



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

Year of Completion: 2010
Publication Date in Group: January 01, 2010
Publication Date in Group: December 12, 2010
Nation of First Publication: United States

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
- **Author Created:** photographs
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** April 06, 2018

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

EXHIBIT "B"

**WEDDING SPOT**  🔍 Search by venue, location or style                   Browse Venues   Blog   Sign In   Join as a Venue

Wedding Venues / Florida Wedding Venues / Boca Raton Wedding Venues / Lake Pavilion



Provided by: Lake Pavilion                                               8/8   Resort 🏨

### Lake Pavilion

📞 CALL VENUE   ♡ FAVORITE

#### Venue Highlights

 Award winner    Indoor and outdoor spaces    BYO

#### STARTING AT $5,900 FOR 50 GUESTS

Price this venue to get your customized estimate, no strings attached.

**PRICE THIS VENUE**

## Venue details

**Style:** Event Center, Ballrooms, Modern

**Guest capacity:** Accommodates up to 175 guests

**Services:** Ceremony, Reception, Indoor, Outdoor

**Location:** 101 South Flagler Drive, West Palm Beach, FL 33401



**Awards:** 

**Description:**
Tucked along the shoreline of Lake Worth Lagoon on South Flagler Drive, Lake Pavilion rises from the City Common and Waterfront Promenade area of West Palm Beach as a stunning wedding and reception destination. Located north of Boca Raton, this venue presents brides and grooms a sensational indoor setting with access to a lovely outdoor terrace. Constructed with floor to ceiling windows on three sides, the Pavilion provides breathtaking views of the Intracoastal Waterway every direction you turn. Imagine saying "I do" with a dock ceremony surrounded by calm waters. Equipped to comfortably accommodate small to large size guest lists, this venue makes it easy to enjoy your special day with all your family and friends. Whether you are planning an intimate evening with your closest loved ones or grand event with everyone you know, the Lake Pavilion ensures a picturesque backdrop for the exquisite wedding day photos you always dreamed of.

## Additional details

**Service Options** ˅

**Venue notes** ˄

The rental fee ranges from $1,250 to $1,500 for a ceremony and reception and includes 5 hours of event time excluding set up and clean up time. A refundable security deposit of $500 is required. Please inquire with venue to discover hourly rate and residential pricing.

**Amenities and Restrictions** ˄

**Amenities**
- Wedding planning services
- Tables and chairs provided
- Outdoor lighting
- Security
- Venue set up and clean up
- Kitchen for prep only
- Large parking lot
- Dance area

**Restrictions**
- BYO alcohol
- Venue must approve all decorations
- No rice, birdseed, confetti, etc.
- Choose from a list for catering
- Amplified music OK indoors and outdoors
- Smoking outside only
- Music must end by 2:00AM

## Interested in this venue?

Don't miss out! Message this venue now to check their availability and receive more information.

**CONTACT VENUE**

### Other venues you might like


**Piper's Landing Yacht & Country Club**
Boca Raton
from $7,547 for 50 guests
VIEW DETAILS >


**Royal Palm Events at Madison Green**
Boca Raton
from $9,313 for 50 guests
VIEW DETAILS >


**Palm Beach Sailing Club**
Boca Raton
from $4,604 for 50 guests
VIEW DETAILS >

---

**SPOT | cvent**
© 2020 Cvent Inc.

| Wedding Spot | Services | News | Terms | Help |
|---|---|---|---|---|
| Home | Find Venues | Press Releases | Terms Of Service | Contact Us |
| About | Venues By Region | In The News | Privacy Policy | FAQ |
|  |  | Our Blog | Do Not Sell My Personal Information | How It Works |

f  ⊙  𝒫

WEDDING SPOT

Q Search by venue, location or style

Join as a Venue | Sign In | Blog | Browse Venues

Wedding Venues | Florida Wedding Venues | Boca Raton Wedding Venues | Lake Pavilion



Provided by: Lake Pavilion

8/8

Report

## Lake Pavilion

📞 CALL VENUE ♡ FAVORITE

### Venue Highlights

Award winner | Indoor and outdoor spaces | BYO

### STARTING AT $5,900 FOR 50 GUESTS

Price this venue to get your customized estimate, no strings attached

**PRICE THIS VENUE**

✕ 2 other people are looking at this venue right now

## Venue details

**Style:**
Event Center, Ballrooms, Modern

**Guest capacity:**
Accommodates up to 175 guests

**Services:**
Ceremony / Reception
Indoor / Outdoor

**Awards:** 

**Description:**
Tucked along the shoreline of Lake Worth Lagoon on South Flagler Drive, Lake Pavilion rises from the City Common and Waterfront Promenade area of West Palm Beach as a



